AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| ONEFLIGHT INTERNATIONAL, INC., a Colorado corporation, | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 1:24-cv-8381 |
| STALLION AVIATION, LLC, a Delaware limited liability company, | ) ) ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Stallion Aviation, LLC
100 Franklin Square Dr., Suite 401
Somerset, NJ 08873-4174

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
POLSINELLI PC
Jason S. Samuels, Esq.
600 Third Avenue, 42nd Floor
New York, New York 10016
T: (646) 289-6515
F: (212) 684-0197
jsamuels@polsinelli.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: November 6, 2024

/S/ S. James
*Signature of Clerk or Deputy Clerk*