**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

—————————————————————————————

**ONEFLIGHT INTERNATIONAL, INC,**                    **24-cv-8381 (JGK)**

                             **Plaintiff,**                    **ORDER**

             **- against -**

**STALLION AVIATION, LLC,**

                             **Defendant.**

—————————————————————————————

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant to answer was December 10, 2024. To date, no answers have been filed.

The time for the defendant to answer or respond to the complaint is extended to **January 13, 2025.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

The plaintiff should serve a copy of this Order on the defendant and file proof of service on the docket by **December 20, 2024.**

**SO ORDERED.**

**Dated:    New York, New York**
            **December 13, 2024**

                                         _/s/ John G. Koeltl_
                                             **John G. Koeltl**
                                    **United States District Judge**