```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

----

ONEFLIGHT INTERNATIONAL, INC,

        Plaintiff,

- against -

STALLION AVIATION, LLC,

        Defendant.

24-cv-8381 (JGK)

ORDER

----

**JOHN G. KOELTL, District Judge:**

The original time for the defendant in this action to respond to the Complaint was December 10, 2024. See ECF No. 8. On December 12, 2024, this Court extended the time for the defendant to respond to January 13, 2024. See ECF No. 9. Pursuant to the December 12, 2024 Order, the plaintiff has filed proof that the Order extending the time to respond was served on the defendant. See ECF No. 11. To date, no response has been filed. Accordingly, the plaintiff is directed to file a proposed order to show cause for a default judgment in accordance with the Local Rules and this Court's Individual Practices by **January 29, 2025.**

SO ORDERED.

Dated:    New York, New York
            December 4, 2024

                                        John G. Koeltl
                                  United States District Judge