UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ONEFLIGHT INTERNATIONAL, INC, a Colorado corporation, | Case No. 1:24-cv-8381-JGK |
| Plaintiff, | Hon. John G. Koeltl |
| -against- | [PROPOSED] ORDER TO SHOW CAUSE FOR AN ORDER ENTERING DEFAULT JUDGMENT |
| STALLION AVIATION, LLC, a Delaware Limited Liability Company |  |
| Defendant. |  |

Upon the accompanying Memorandum of Law in Support of Plaintiff ONEflight International, Inc's ("ONEflight") application for an Order to Show Cause entering default judgment against Defendant Stallion Aviation, LLC ("Stallion"), Declaration by Leo D. Bronshteyn, Esq. in Support of Default Judgment, Declaration of David Stefanski, the Clerk's Certificate of Default stating that no answer has been filed in this action, and upon all pleadings and papers on file in this action, it is hereby:

ORDERED that the Stallion shall respond in writing to this Order to Show Cause for a default judgment by 2/19/25. If Stallion fails to respond by that date, judgment may be entered against it and the Stallion will have no trial. ONEflight may reply by 2/28/25. (and all supporting papers)

ONEflight shall serve a copy of this Order to Show Cause by 2/6/25 and shall file proof of service by 2/11/25.

No personal appearances are required in connection with this Order to Show Cause.

**SO ORDERED**.

SIGNED this 3d day of February, 2025.
New York, New York

                                                HON. JOHN G. KOELTL
                                              UNITED STATES DISTRICT JUDGE