UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ONEflight INTERNATIONAL, INC.,
                              Plaintiff(s)

          -against-

STALLION AVIATION LLC.,
                              Defendant(s).
------------------------------------------------------------X

24 civ 8381 (JGK)

## ORDER

The conference scheduled for Tuesday, February 25, 2025, at 3:00pm, is canceled.

**SO ORDERED.**

                                                **JOHN G. KOELTL**
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       February 19, 2025