UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ONEFLIGHT INTERNATIONAL, INC,
                   Plaintiff,

    - against -

STALLION AVIATION, LLC,
                   Defendant.

24-cv-8381 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff has filed an Order to Show Cause for a default judgment together with supporting papers including a certificate of default from the Clerk of the Court noting the defendant's default. There has been no response from the defendant and the time to respond to the Order to Show Cause has passed. The papers indicate that the plaintiff is entitled to a default judgment against the defendant. The matter is therefore referred to the Magistrate Judge for an inquest on damages.

SO ORDERED.
Dated:   New York, New York
          March 10, 2025

                                      John G. Koeltl
                               United States District Judge