**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ONEFLIGHT INTERNATIONAL,

                    Plaintiff,

         - against -

STALLION AVIATION, LLC,

                    Defendant.

---

24-cv-8381 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The Court has reviewed the Report and Recommendation of Magistrate Judge Ricardo dated November 20, 2025. The Report and Recommendation recommends the amount of damages to be awarded to the plaintiff and against the defendant in a Judgment as a result of the defendant's default. No objections have been filed, and the time for filing objections has passed. In any event, the Court finds that the Report and Recommendation are thorough and well-reasoned and therefore should be adopted.

Therefore, the Court respectfully directs the Clerk to enter Judgment in favor of the plaintiff, ONEflight International, Inc., and against the defendant, Stallion Aviation, LLC, in a total amount of $546,000, with pre-judgment interest at the rate of 9% on $364,000 calculated from April 14, 2024 to the date of Judgment and at the rate of 9% on $182,000 calculated from May 2, 2024 to the date of Judgment. Post-judgment interest will accrue on the Judgment at the federal rate.

The Clerk is respectfully requested to enter Judgment as indicated above and to close this case and all pending motions.

SO ORDERED.
Dated:    New York, New York
          January 8, 2026

_____
          John G. Koeltl
United States District Judge