**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ONEFLIGHT INTERNATIONAL,

                    Plaintiff,                          24 **CIVIL** 8381 (JGK)

        -against-                                  **JUDGMENT**

STALLION AVIATION, LLC,

                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated January 8, 2026, the Court finds that the Report and Recommendation are thorough and well-reasoned and therefore is adopted. Judgment is entered in favor of the plaintiff, ONEflight International, Inc., and against the defendant, Stallion Aviation, LLC, in a total amount of $546,000, with pre-judgment interest at the rate of 9% on $364,000 calculated from April 14, 2024 to the date of Judgment in the amount of $56,993.42 and at the rate of 9% on $182,000 calculated from May 2, 2024 to the date of Judgment in the amount of $27,688.93. Post-judgment interest will accrue on the Judgment at the federal rate; accordingly, the case is closed.

**Dated:**  New York, New York
          January 9, 2026

                                      **TAMMI M. HELLWIG**

                                        _____

                                                **Clerk of Court**

                    **BY:**          K. mango

                                          _____

                                            **Deputy Clerk**